UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>                Plaintiff<br><br>    -against-<br><br>KASAN NOBLE,<br><br>                Defendant. | 17 CR 123 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Noble's motion for compassionate release (dkt. no. 979).  The Government shall respond no later than March 18, 2022, and Mr. Noble may reply no later than April 8, 2022.

**SO ORDERED.**

Dated:    February 16, 2022
           New York, New York

                                              *Loretta A. Preska*
                                              LORETTA A. PRESKA
                                              Senior United States District Judge